SEALED FILED

APR 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) <br> _____ ) | MISC. NO.: 1:17MC00024 BAM <br><br> **Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Facebook, Instagram, Twitter, and Youtube, Social Media Service Providers; Pacific Bell/ AT&T, and Metro PCS, cellular service providers; and Google, internet and e-mail service provider, to disclose the records and other information described in Attachment A to this Order to the FBI and to other agencies within the United States Intelligence Community that can assist the FBI in the analysis of the evidence.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought, which include the contents of communications and other stored files, are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Facebook, Instagram, Twitter, and Youtube, Pacific Bell/ AT&T, and Metro PCS, and Google, shall disclose to the United States the records and other information described in Attachment A to this Order within 12 hours of service of the Order.

_[signature]_
BARBARA A. McAULIFFE
United States Magistrate Judge

DATE: April 18, 2017

## ATTACHMENT A

### I. The Account(s)

The Order applies to certain records and information associated with the following Facebook, Instagram, Twitter, and Youtube, Social Media Service Providers; Pacific Bell/ AT&T, and Metro PCS, cellular service providers; and Google, internet and e-mail service provider (hereinafter referred to collectively as the "SUBJECT PROVIDERS"):

   a. **Telephones:** 559-268-1062 (accurint), 559-724-2776 (information provided by MUHAMMAD in PD interview)

   b. **Emails:** kori.ali.mohammad@gmail.com, lordthunda12@gmail.com, mastermind.organized@gmail.com, mastermind1213@gmail.com, (all emails came from phone pull via Fresno PD)

   c. **Social Media:**

      i. Facebook: #100002271652567, username: kori.Muhammad (social media searches)

      ii. Twitter: @BGODMAC (social media searches); @Kalisufi (social media searches); @B1God (social media searches); @KoriALIMUHAMMA1 (from phone pull via Fresno PD)

      iii. Youtube: MASTERMIND ORGANIZED (social media searches), Kali Sufi (social media searches)

      iv. Instagram: @maczxum (social media searches)

**II.     Records and Other Information to Be Disclosed**

The SUBJECT SERVICE PROVIDERS are required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period April 13, 2017 through April 19, 2017:

A. The following information about the customers or subscribers of the Account:

1. Names (including subscriber names, user names, and screen names);
2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
3. Local and long distance telephone connection records;
4. Records of session times and durations;
5. Length of service (including start date) and types of service utilized;
6. Telephone or instrument numbers (including MAC addresses, **[the following items apply only to cell phones:]** Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));
7. Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses); and
8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information (not including the contents of communications) relating to the Account, including:

1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;

2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and

2

3. **[Cell phone only:]** All data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from each cellular telephone or device assigned to the Account.

C. The contents of the following wire and electronic communications:

1. Wire and electronic communications (not in electronic storage[1]) held or maintained by the SUBJECT PROVIDERS at any time for the use of the Account; and

2. Wire and electronic communications associated with the Account that have been in electronic storage in the SUBJECT PROVIDER's electronic communications system for more than 180 days.

---

[1] "Electronic storage" is a term of art, specifically defined in 18 U.S.C. § 2510(17) as "(A) any temporary, intermediate storage of a wire or electronic communication incidental to the electronic transmission thereof; and (B) any storage of such communication by an electronic communication service for purposes of backup protection of such communication."

3