


APR 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERIC FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(D) | CASE NO. 1:17 MC 0 0 0 2 4 BAM<br><br>**UNDER SEAL**<br><br>ORDER SEALING APPLICATION OF THE UNITED STATES OF AMERICA FOR A 2703(D) ORDER |

IT IS HEREBY ORDERED that the Application of the United States of America for an Order pursuant to 18 U.S.C. §2703(d), and the Court's Order thereon be SEALED until otherwise ordered by the court.

DATED: April 17 2017

Honorable Barbara A. McAuliffe
United States Magistrate Court Judge

Sealing Order

1